UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CARMINER

VERSUS

THE HOME DEPOT

CIVIL ACTION

20-787-SDD-SDJ

## RULING

The Court has carefully considered the *Motions*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson dated December 27, 2021 to which an Objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that Home Depot's first *Motion to Dismiss* (Rec. Doc. 11) is DENIED AS MOOT.

**IT IS FURTHER ORDERED** that Home Depot's second *Motion to Dismiss* (Rec. Doc. 15) is DENIED WITHOUT PREJUDICE.

Signed in Baton Rouge, Louisiana the 5 day of January, 2022.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Docs. 11 and 15.
[2] Rec. Doc. 19.
[3] Rec. Doc. 20.