# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

LAJUANA CARMINER

VERSUS

THE HOME DEPOT

CIVIL ACTION

20-787-SDD-SDJ

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson dated May 3, 2022 to which an *Objection*[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that Home Depot's *Motion to Dismiss (Renewed)*[4] is GRANTED, and all claims against Home Depot are dismissed without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's *Motion to Appoint Counsel*[5] is DENIED.

Signed in Baton Rouge, Louisiana the  25th  day of May, 2022.

_____
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 23.
[2] Rec. Doc. 31.
[3] Rec. Doc. 20.
[4] Rec. Doc. 23.
[5] Rec. Doc. 27.